Fred Beeske, appellee, v. O. O'Rourke and Phil Grauer, trading as O'Rourke Auto Sales Company, appellants. Gen. No. 31,558.

Action for return of deposit on refusal to deliver goods bought. Judgment for plaintiff. Appeal from the Municipal Court of Chicago;

the Hon. Paul B. Lauher, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed with finding of facts. Opinion filed June 7, 1927.

Elmer W. Arch, for appellants. No appearance for appellee.

Mr. Justice Barnes delivered the opinion of the court.